## Ault v. Cowan, Appellant (No. 2).

*Railroads—Receivers—Negligence—Judgment.*

Where a railroad company and its receivers are jointly sued by a passenger for personal injuries sustained while the road is being operated by the receivers, and the railroad company has not been served, and does not appear, a judgment cannot be entered against it on a verdict in favor of the plaintiff.

Argued April 29, 1902. Appeal, No. 135, April T., 1902, by the Baltimore & Ohio Railroad Company, from judgment of

C. P. No. 3, Allegheny Co., May T., 1899, No. 100, on verdict for plaintiff in case of David V. Ault and Etura K. Ault, his Wife, v. John K. Cowan and Oscar G. Murray, Receivers of the Baltimore & Ohio Railroad Company, and the Baltimore & Ohio Railroad Company. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Reversed.

Trespass to recover damages for personal injuries. See previous case, Ault v. Cowan (No. 1).

Verdict and judgment for plaintiff. The Baltimore & Ohio Railroad Company appealed.

*Error assigned* was in entering judgment against the Baltimore & Ohio Railroad Company.

OPINION BY ORLADY, J., July 10, 1902:

This judgment must be reversed for the reason that the defendant was never served, and did not appear, nor was it intended by the plaintiffs that the judgment should be entered against the Baltimore & Ohio Railroad Company. It was not in court, and the claim of the plaintiffs was against the receivers only.

Judgment is reversed.